**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TRUSTEES OF SPRINKLER FITTERS
LOCAL 704 DEFINED CONTRIBUTION FUND,

       Plaintiff,                         Case No. 12-10477-CV
                                              Hon. Mark A. Goldsmith

-vs-

INTERSTATE FIRE PROTECTION, INC.
and ROBERT D. PETERS,

       Defendants.

**MATTHEW I. HENZI  P57334**
**MICHAEL J. ASHER  P39347**
Sullivan, Ward, Asher & Patton, P.C.
Attorneys for Plaintiff
1000 Maccabees Center
25800 Northwestern Highway
Southfield MI  48075-8412
248.746.0700
mhenzi@swappc.com

## CONSENT JUDGMENT

**IT IS ORDERED AND ADJUDGED** that Defendants Interstate Fire Protection, Inc. and Robert D. Peters (collectively, "Defendants") consent to entry of a judgment against them, jointly and severally, and in favor of Plaintiff, in the principal amount of $45,320.80, minus all amounts collected by Plaintiff under the parties' Payment Agreement dated as of February 27, 2013 (the "Payment Agreement"), for a total Consent Judgment amount of $57,691.67.

**IT IS FURTHER ORDERED** that the terms of the Payment Agreement shall be incorporated into this Consent Judgment.

| | |
|---|---|
| Dated: November 7, 2013<br>Flint, Michigan | s/Mark A. Goldsmith<br>MARK A. GOLDSMITH<br>United States District Judge |

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 7, 2013.

                                        s/Deborah J. Goltz
                                        DEBORAH J. GOLTZ
                                        Case Manager

**Approved for entry, notice of hearing waived, stipulated, consented and agreed to:**

/s/ Matthew I. Henzi
Matthew I. Henzi
Attorney for Plaintiff

/s/ Jay M. Berger
Attorney for Defendants

Defendant Interstate Fire Protection, Inc.

By:/s/ Robert D. Peters,

Its: President

/s/ Robert D. Peters
Defendant Robert D. Peters, Individually

**\*\*\*originals w/signatures on file with plaintiff attorney**

2